### Bowman *v.* The State.

Simmons, C. J.—The evidence to sustain the verdict not being altogether satisfactory, there being some evidence of an *alibi*, and the newly discovered evidence consisting in part of the affidavit of one who deposed, after his own conviction and after the trial of the accused, that deponent and another person, not the accused, committed the crime, that the accused was not present when it was committed and had not participated in it, and these facts not having been disclosed by the deponent until after the accused had been convicted and sentenced, a new trial should have been granted.                               *Judgment reversed*.

November 26, 1894.

Indictment for assault to murder. Before Judge REESE. Elbert superior court. September term, 1894.

I. C. VANDUZER and W. D. TUTT, for plaintiff in error.

W. M. HOWARD, solicitor-general, by HARRISON & PEEPLES, contra.